# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES MORRISON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:16-cv-03353 |
| **CREDIT ONE BANK,** | ) |
| **Defendant.** | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Amy L. Bennecoff Ginsburg* |
| Ross S. Enders, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| 215-794-7207 | Phone: 215-540-8888 |
| Fax: 215-794-5079 | Fax: 877-788-2864 |
| Email: renders@sessions-law.biz | Email: teamkimmel@creditlaw.com |
| Attorney for Defendant | Attorney for Plaintiff |
| | |
| Date: August 30, 2017 | Date: August 30, 2017 |

BY THE COURT:

_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 30th day of August, 2017:

ROSS S. ENDERS
SESSIONS FISHMAN NATHAN & ISRAEL LLC
2303 OXFORDSHIRE RD
FURLONG, PA 18925
215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz
Attorney for Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff